IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02799-CMA-MEH

ROGER L. WHINERY,

    Plaintiff,

v.

SANTANDER CONSUMER USA INC., a Georgia corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulated Motion to Dismiss With Prejudice (Doc. # 12), properly signed by the attorneys for the parties hereto, it is

ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney fees.

DATED: February __27__, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge